1  TARLOW & BERK PC
2  Barry Tarlow, State Bar No. 36669
   Mark O. Heaney, State Bar No. 50724
3  Mi Kim, State Bar No. 240413
   Attorneys at Law
4  9119 Sunset Boulevard
   Los Angeles, California 90069
5  Telephone: (310) 278-2111

6
   Attorneys for Stephen Yagman
7

8

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11
                          WESTERN DIVISION
12

13 UNITED STATES OF AMERICA,        ) CASE NO. CR 06-227(A)-SVW
                                    )
14       Plaintiff,                 ) **DEFENDANT'S OPPOSITION TO**
                                    ) **PROSECUTION'S *EX PARTE***
15       v.                         ) **APPLICATION FOR PRE-**
                                    ) **JUDGMENT NON-DISSIPATION**
16 STEPHEN YAGMAN,                  ) **ORDER PREVENTING**
                                    ) **DEFENDANT FROM**
17       Defendant.                 ) **LIQUIDATING AMERIPRISE**
                                    ) **FINANCIAL FUNDS; MOTION TO**
18                                  ) **COMPEL AMERIPRISE**
                                    ) **FINANCIAL TO RELEASE FUNDS**
19                                  ) **ASSIGNED TO DEFENDANT'S**
                                    ) **COUNSEL; MOTION TO COMPEL**
20                                  ) **THE PROSECUTION TO REMEDY**
                                    ) **ITS UNAUTHORIZED**
21                                  ) **INTERCESSION WITH**
                                    ) **AMERIPRISE FINANCIAL**
22                                  ) **PREVENTING THE PAYMENT OF**
                                    ) **LEGAL FEES; AND MOTION FOR**
23                                  ) **COPIES OF UNDER SEAL**
                                    ) **DOCUMENTS FILED BY THE**
24                                  ) **PROSECUTION ON JULY 20, 2007**
                                    )
25                                  ) Hearing: July 23, 2007 at 11:00 a.m.
                                    ) Courtroom of the Hon. Steven V.
26                                  ) Wilson

**DEFENDANT'S OPPOSITION & MOTIONS TO COMPEL - 1 -**

1. Stephen Yagman, by his attorneys, files his opposition to the prosecution's *Ex Parte* Application For Pre-Judgment Non-Dissipation Order Preventing Defendant From Liquidating Ameriprise Financial Funds and moves this court for an order: (1) compelling Ameriprise Financial to release funds assigned to defense counsel, (2) compelling the prosecution to remedy its unauthorized intercession with Ameriprise Financial preventing the payment of legal fees, and (3) requiring the prosecution to furnish the defense with a copies of its documents, filed under seal, on July 20, 2007.

The opposition and the motions are based upon the attached memorandum of points and authorities, the attached exhibits thereto; the records and files in this case, and any other evidence and/or argument that the court may consider.

Dated:  July 23, 2007          Respectfully submitted,

TARLOW & BERK PC

/s/
Barry Tarlow


/s/
Mark O. Heaney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28