# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR06-227(A)-SVW | Date | July 23, 2007 |
|---|---|---|---|

Present: The Honorable    STEPHEN V. WILSON, U.S. DISTRICT JUDGE

Interpreter    N/A

| Paul M. Cruz | Deborah Gackle | Alka Sagar<br>Beong-Soo Kim |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Stephen Yagman | Not | | x | Barry Tarlow | | x | x |

**Proceedings:**    STATUS CONFERENCE re GOVERNMENT'S EX PARTE APPLICATION FOR PRE-JUDGMENT NON-DISSIPATION ORDER (fld 07/20/07) [444]

Conference held.  The application is submitted.  Order to issue.

|  | : | 10 |
|---|---|---|
| Initials of Deputy Clerk | | PMC |

cc:  USPO
     PSLA
     USM