# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CR06-227(A)-SVW | Date: July 24, 2007 |

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

Interpreter: N/A

| Paul M. Cruz | N/A | Alka Sagar (not present)<br>Beong-Soo Kim (not present) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Stephen Yagman | Not | | x | Barry Tarlow | Not | | x |

**Proceedings:** IN CHAMBERS ORDER re GOVERNMENT'S EX PARTE APPLICATION FOR PRE-JUDGMENT NON-DISSIPATION ORDER (fld 07/20/07) [444]

The Government's ex parte application for a non-dissipation order is DENIED. [Docket No. 444.]

                                                          Initials of Deputy Clerk     PMC

cc: USPO
    PSLA
    USM