TARLOW & BERK PC
Barry Tarlow, State Bar No. 36669
Attorneys at Law
9119 Sunset Boulevard
Los Angeles, California 90069
Telephone: (310) 278-2111
Attorneys for Stephen Yagman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 06-227(A) – SVW |
| Plaintiff, | **NOTICE OF ATTORNEY'S LIEN FOR FEES, COSTS AND EXPENSES AND IRREVOCABLE ASSIGNMENTS AND FILING OF UCC FINANCING STATEMENTS** |
| v. | |
| STEPHEN YAGMAN, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN pursuant to, inter alia, 26 U.S.C. §6323, *et seq.*; Article IX of the Uniform Commercial Code, including, but not limited to §§9303 and 9305 of the California Commercial Code; Revenue & Taxations Code §19221(b)(3); Civil Code §§2881, 2897; Government Code §§7170(c)(1), (2) & (iv) and 7162, that attorneys Barry Tarlow and the law firm of Tarlow & Berk, P.C. have a lien, created by written assignments (Bus. & Prof. Code §6148), and have perfected their security interests[1] in the following property: (1) funds in the amount of $198,366.75 currently in the possession of Ameriprise Financial or any subsidiary or related entity (hereafter "Ameriprise Financial") as payment for past legal services provided by Barry

---

[1] *See* UCC Financing Statements and Confirmations of Filing issued by the California and Minnesota Secretaries of State attached as Exh. "C."

- 1 -

1  Tarlow and the law firm of Tarlow & Berk, PC in the case of *United States of
2  America v. Stephen Yagman,* Case No. CR 06-227(A) - SVW for which Stephen
3  Yagman was previously billed on July 5, 2007 (*see* Irrevocable Assignment of
4  Funds at Ameriprise Financial attached as Exh. "A") and (2) funds in the amount of
5  $30,767.28 currently in the possession of Ameriprise Financial or any subsidiary or
6  related entity (hereafter "Ameriprise Financial") as payment for or reimbursement
7  of costs to Barry Tarlow and the law firm of Tarlow & Berk, PC in the case of
8  *United States of America v. Stephen Yagman,* Case No. CR 06-227(A) - SVW for
9  which Stephen Yagman was previously billed on July 5, 2007 (*see* Irrevocable
10 Assignment of Funds at Ameriprise Financial attached as Exh. "B").

11       Barry Tarlow and the law firm of Tarlow & Berk, PC place attorney's liens on
12 these funds as compensation for past legal services and payment for or reimbursement of
13 costs, as to all parties.

15   Dated:  July 25, 2007          Respectfully submitted,

16/17                               **TARLOW & BERK PC**

18                                  /s/
19                                  Barry Tarlow
20                                  Attorneys for Stephen Yagman

- 2 -

# **PROOF OF SERVICE**

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 9119 Sunset Boulevard, Los Angeles, California 90069.

On July 25, 2007, I caused the foregoing document described as **NOTICE OF ATTORNEY'S LIEN FOR FEES, COSTS AND EXPENSES** to be served on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

    Internal Revenue Service
    Mail Stop 5026
    Room 4062
    300 N. Los Angeles Street
    Los Angeles, CA 90012

 x   Via Federal Express/Express Mail.

Executed on July 25, 2007, at Los Angeles, California.

I declare I am employed by a member of the Bar of this Court at whose direction this service was made.

        /s/
        Sevana Danyalian